1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:21-CR-00021-JAM

12                      Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                      FINDINGS AND ORDER

14 KEVIN STERN,                         DATE: November 8, 2022
                                        TIME: 9:00 a.m.
15                      Defendant.      COURT: Hon. John A. Mendez

16

17                        **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20     1.     By previous order, this matter was set for status on November 8, 2022.

21     2.     By this stipulation, defendant now moves to continue the status conference until February

22 14, 2023, at 9:00 a.m., and to exclude time between November 8, 2022, and February 14, 2023, under

23 Local Code T4.

24     3.     The parties agree and stipulate, and request that the Court find the following:

25            a)     The government has represented that the discovery associated with this case

26 includes investigative reports, photographs, affidavits, other documents, over 3,500 recorded

27 phone calls intercepted pursuant to the Title III wiretap orders, and other recordings. Much of

28 this discovery has been produced directly to counsel and/or made available for inspection and

1   copying.  The government has represented it is producing additional discovery consisting of

2   more reports of investigation, materials produced during the execution of search warrants,

3   laboratory testing results for seized drugs, and other evidence.

4       b)      Counsel for defendant needs additional time to review the existing and

5   forthcoming discovery in this case, to conduct independent factual investigation, to research trial

6   and sentencing issues, to consult with the client, and to otherwise prepare for trial.

7       c)      Counsel for defendant believes that failure to grant the above-requested

8   continuance would deny him the reasonable time necessary for effective preparation, taking into

9   account the exercise of due diligence.

10      d)      The government does not object to the continuance.

11      e)      Based on the above-stated findings, the ends of justice served by continuing the

12  case as requested outweigh the interest of the public and the defendant in a trial within the

13  original date prescribed by the Speedy Trial Act.

14      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15  et seq., within which trial must commence, the time period of November 8, 2022 to February 14,

16  2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

17  T4] because it results from a continuance granted by the Court at defendant's request on the basis

18  of the Court's finding that the ends of justice served by taking such action outweigh the best

19  interest of the public and the defendant in a speedy trial.

20  //

21

22  //

23

24  //

25

26  //

27

28  //

2

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 3, 2022                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ ADRIAN T. KINSELLA
                                                  ADRIAN T. KINSELLA
                                                  Assistant United States Attorney


Dated:  November 3, 2022                          /s/ OLAF W. HEDBERG
                                                  OLAF W. HEDBERG
                                                  Counsel for Defendant
                                                  KEVIN STERN


## ORDER

IT IS SO FOUND AND ORDERED this 3rd day of November, 2022.


                                                  /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  SENIOR UNITED STATES DISTRICT JUDGE